UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ORESTE EGUZQUIZA GONZALEZ,

       Petitioner,

v.                                    Case No.  2:26-cv-1371-JES-DNF

WARDEN, FLORIDA SIDE SOUTH
DETENTION FACILITY, et al.,

       Respondents.

_____/

## OPINION AND ORDER

Petitioner Oreste Eguzquiza Gonzalez, an immigration detainee currently held at the Florida Soft Side South Detention Facility, initiated this action by filing a pro se 28 U.S.C. § 2241 petition for writ of habeas corpus. (Doc. 1). He alleged that his continued detention was unlawful. (Id.) The Court ordered the government to respond. (Doc. 4). In response, Counsel for the government asserted that he was "unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law. Accordingly, Federal Respondents do not oppose Petitioner's request for release at this time." (Doc. 9 at 1). Thus, Petitioner is entitled to release under the terms of his prior order of supervision.

Accordingly, it is **ORDERED**:

1. Oreste Eguzquiza Gonzalez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED.**

2.   Respondents shall release Eguzquiza Gonzalez under the terms of his prior order of supervision within 24 hours of this Order, and they shall facilitate his transportation from the detention facility by allowing him telephone access to notify counsel and his family of when and where he can be collected.

3.   The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on June 1, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE